### RECEIVED-D.C.C.

AO 240 (Rev. 10/03)
DELAWARE (Rev. 4/05)

JAN 0 8 2007



## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

_Kevin D. Dixon Sr._
Plaintiff

v.

_State of Delaware_
Defendant(s)

## APPLICATION TO PROCEED
## WITHOUT PREPAYMENT OF
## FEES AND AFFIDAVIT

CASE NUMBER:    — 0 7 ‾ 2 6 ‗ —

I, _Kevin D. Dixon Sr._ declare that I am the (check appropriate box)

• • (Petitioner)/Plaintiff/Movant    • • Other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

**FILED**

JAN 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?    • (Yes)    • •No    (If "No" go to Question 2)

    If "YES" state the place of your incarceration _Delaware Correctional Center_

    **Inmate Identification Number (Required):** _00154239_

    Are you employed at the institution? _No_ Do you receive any payment from the institution? _____

    _Attach a ledger sheet from the institution of your incarceration showing at least the past six months' transactions_

2.  Are you currently employed?    • •Yes    • (No) 

    a.    If the answer is "YES" state the amount of your take-home salary or wages and pay period a and give the name and address of your employer.

    b.    If the answer is "NO" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | • • Yes | • (No) |
    | b. | Rent payments, interest or dividends | • • Yes | • (No) |
    | c. | Pensions, annuities or life insurance payments | • • Yes | • (No) |
    | d. | Disability or workers compensation payments | • • Yes | • (No) |
    | e. | Gifts or inheritances | • • Yes | • (No) |
    | f. | Any other sources | • • Yes | • (No) |

    If the answer to any of the above is "YES" describe each source of money and state the amount received _AND_ what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)
DELAWARE (Rev. 4/05)

4.    Do you have any cash or checking or savings accounts?                    • • Yes        •No

      If "Yes" state the total amount $_____

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other
      valuable property?
                                                                               • • Yes        •No

      If "Yes" describe the property and state its value.

6.    List the persons who are dependent on you for support, state your relationship to each person and
      indicate how much you contribute to their support, OR state *NONE* if applicable.

                    N O n e

      I declare under penalty of perjury that the above information is true and correct.

    12-23-06                    _____
      DATE                          SIGNATURE OF APPLICANT

**NOTE TO PRISONER:  A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit
stating all assets.  In addition, a prisoner must attach a statement certified by the appropriate institutional
officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.
If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified
statement of each account.**

## CERTIFICATE

(Incarcerated applicants only)

*(To be completed by the institution of incarceration)*

I certify that the applicant named herein has the sum of $ _____ on  account his/her credit at (name

of institution) _____ Delaware Correctional Center _____ .

I further certify that the applicant has the following securities to his/her credit:  $( 104 . 11 )$ _____ .

I further certify that during the past six months the applicant's average monthly balance was $ _____

and the average monthly deposits were $ _____

_____
Date

_____
Signature of Authorized Officer

*(NOTE THE REQUIREMENT IN ITEM 1 FOR THE INMATE TO OBTAIN AND ATTACH LEDGER SHEETS OF ACCOUNT TRANSACTIONS OVER THE PAST SIX MONTH PERIOD. LEDGER SHEETS ARE NOT REQUIRED FOR CASES FILED PURSUANT TO 28:USC §2254)*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

*07-26*

**TO:** _Kevin Dixon_     SBI#: _154239_

**FROM:** Stacy Shane, Support Services Secretary

**RE:** **6 Months Account Statement**

**DATE:** _January 8, 2007_

FILED

JAN 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

---

Attached are copies of your inmate account statement for the months of
_July 1, 2006_     to     _December 31, 2006_

The following indicates the average daily balances.

| **MONTH** | **AVERAGE DAILY BALANCE** |
|-----------|---------------------------|
| _July_ | _0_ |
| _Aug_ | _0_ |
| _Sept_ | _0_ |
| _Oct_ | _0_ |
| _Nov_ | _0_ |
| _Dec_ | _0_ |

**Average daily balances/6 months:** _0_

**Attachments**
**CC:** File

_Stacy Shane_
_1/8/07_

_Pamela Fomine_
_1/8/07_

Date Printed: 1/8/2007

# Individual Statement

## For Month of July 2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |

**Current Location:** 23    **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 7/13/2006 | $0.00 | $0.00 | ($3.81) | $0.00 | 291454 | | INDIGENT 7/6/06 | |

**Ending Mth Balance:** $0.00

**Total Amount Currently on Medical Hold:** $0.00

**Total Amount Currently on Non-Medical Hold:** ($64.11)

# Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | $0.00 |
|-----|-----------|-----------|-----|--------|------------------|---|-------|
| 00154239 | Dixon | Kevin | | | | | |

**Current Location:** 23        **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|-----------|
| Supplies-MailP | 8/9/2006 | $0.00 | $0.00 | ($2.21) | $0.00 | 303840 | | INDIGENT 8/2/06 | |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($64.11)

**Individual Statement**

Date Printed: 1/8/2007

Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00154239 | Dixon | Kevin | | | | |

**Current Location:** 23   **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 9/21/2006 | $0.00 | $0.00 | ($4.05) | $0.00 | 323233 | | INDIGENT 9/7/06 | |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($64.11)

**Individual Statement**

Date Printed: 1/8/2007

Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|-----|--------|------------------|-------|
| 00154239 | Dixon | Kevin | | | | |

Current Location:    23

Comments:  QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 10/13/2006 | $0.00 | $0.00 | ($2.36) | $0.00 | 332113 | | INDIGENT 10/5/06 | |

Ending Mth Balance:    $0.00

Total Amount Currently on Medical Hold:  $0.00

Total Amount Currently on Non-Medical Hold:  ($64.11)

**Individual Statement**

Date Printed: 1/8/2007

Page 1 of 1

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|-----|-----------|-----------|----|--------|-----------------|-------|
| 00154239 | Dixon | Kevin | | | | |

**Current Location:** 23    **Comments:** QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|-----------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 11/15/2006 | $0.00 | $0.00 | ($3.63) | $0.00 | 346799 | | INDIGENT 11/2/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 348055 | | 11/09/06 | |
| Supplies-MailP | 11/17/2006 | $0.00 | $0.00 | ($0.63) | $0.00 | 348056 | | 11/09/06 | |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($64.11)

## Individual Statement

Date Printed: 1/8/2007

Page 1 of 1

## For Month of December 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | $0.00 | |
|-----|-----------|------------|-----|--------|------------------|---|---|-------|---|
| 00154239 | Dixon | Kevin | | | | | | | |

**Current Location:** 23          Comments: QOL4

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|------------|------|------------------------------|--------------|------------------|---------|---------|--------------|-------|------------|
| Supplies-MailP | 12/13/2006 | $0.00 | $0.00 | ($0.39) | $0.00 | 359035 | | 12/09/06 | |
| Supplies-MailP | 12/22/2006 | $0.00 | $0.00 | ($3.86) | $0.00 | 363007 | | INDIGENT 12/8/06 | |

**Ending Mth Balance:** $0.00

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: ($64.11)